UNITED STATES of America,
Plaintiff–Appellee,

v.

Benito Aguilera LOPEZ, a/k/a Benito
Lopez Aguilera, Defendant–
Appellant.

No. 12–6654.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Benito Aguilera Lopez, Appellant pro se. Sharon Burnham, Craig Jon Jacobsen, I, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benito Aguilera Lopez appeals the district court's order denying relief on his "Motion for Sentence Adjustment and Downward Departure Under Extraordinary Circumstances of Serious Consequences Under Non–Citizen Status." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lopez,* No. 5:09–cr–00035–SGW–1 (W.D.Va. Mar. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*